IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| BENJAMIN WOOLLEY, an individual residing in the State of Washington, | ) ) ) | No. 81218-1-I |
| Respondent, | ) ) | DIVISION ONE |
| v. | ) ) ) | ORDER WITHDRAWING OPINION AND SUBSTITUTING OPINION |
| EL TORO.COM, LLC, a Delaware limited liability company; HTTP HOLDINGS, LLC, a Wyoming corporation; and DANIEL KIMBALL, an individual residing in the state of Kentucky, | ) ) ) ) ) ) ) | |
| Appellant. | ) ) | |

The opinion for this case was filed on January 25, 2021. A majority of the panel request that the opinion filed on January 25, 2021 be withdrawn and a substitute unpublished opinion be filed. Now therefore, it is hereby

ORDERED that the opinion filed on January 25, 2021 is withdrawn and a substitute unpublished opinion shall be filed.

FOR THE COURT:

_____
Judge